IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                *
                                 *    MISC. NO. 03-149(JAF)
ELECTRONIC CASE FILING           *
                                 *
*********************************

**STANDING ORDER NO. 3**

After a Complaint is filed in a conventional fashion (paper), the Clerk shall request from the filing attorney its electronic version. The paper and electronic complaint versions shall be the same. Attorneys are hereby apprised that submission of an electronic complaint different from the original paper complaint, without leave by the Court, may be subject to sanctions, as determined by the presiding judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of August, 2006.

JOSE ANTONIO FUSTE
Chief Judge